# UNITED STATES DISTRICT COURT
## District of Minnesota

George Akwilefua,

Petitioner(s),

v.

Pamela Bondi, Kristi Noem, Todd Lyons
and David Easterwood,

Respondent(s).

## JUDGMENT IN A CIVIL CASE

Case Number: 26-cv-983 JMB/ECW

☒ **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED THAT:

the Petition (Doc. No. 1) is GRANTED in part and DENIED in part, as follows:

1. Respondents are ORDERED to release Petitioner from custody immediately in Minnesota without conditions, and in any event no later than 4:00 p.m. CST on February 7, 2026.

2. On or before 11:00 a.m. CT on February 9, 2026, counsel for Respondents shall file a letter affirming that Petitioner was released from custody in Minnesota without conditions in accordance with this Order. Counsel shall also file a declaration on or before 11:00 a.m. CT on February 9, 2026, pursuant to 28 U.S.C. § 1746 by an individual with personal knowledge that states when and where the Petitioner was released, attaches any and all documentation concerning the Petitioner's release, and affirms that all property of Petitioner was returned to Petitioner upon release (or, if property is retained, state which property and the legal basis for retention). If Petitioner was transferred out of Minnesota prior to the Court's Order granting the Petition, counsel shall also file a declaration on or before 11:00 a.m. CT on February 9, 2026, pursuant to 28 U.S.C. § 1746 by an individual with personal knowledge that includes the following:

(a) the name or names of any individual or individuals who authorized Petitioner's transfer outside of Minnesota;

(b) the basis for the transfer;

(c) the time and date when that decision was made;

(d) the time and date when Petitioner was moved; and

(e) what efforts Respondents took to return Petitioner to Minnesota as ordered by the Court.

3. To the extent Petitioner seeks relief beyond an order requiring release or an order requiring a bond hearing, the Petition is DENIED.

4. Petitioner's Motion for Order to Show Cause (Doc. No. 2) is DENIED AS MOOT.

Date: 2/6/2026

KATE M. FOGARTY, CLERK